IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :
                                     :
                                     :
        v.                           :   CRIMINAL NO. 02-172-33
                                     :
RAABITAH REYNOLDS                    :
USM# 57030-066                       :

## ORDER

AND NOW this 9th day of March, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 163 months, effective November 1, 2015.

BY THE COURT:

The Honorable Stewart Dalzell
Senior United States District Court Judge

3/9/15  2cc: Marshal
           P. Weinberger - Prob.
       1cc: E. Tophir, Esq
            B. McKeon, AUSA